# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                    NO. 2:07CV00139 SWW

BILLY GENE KEY, SR., ET AL

### ORDER OF DISMISSAL

Pursuant to the stipulation of dismissal filed by the parties stating that this action should be dismissed with prejudice,

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice.

DATED this 1st day of August, 2008.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE